JENNIFER YEVETTE JOHNSON
809 SCR 8
TAYLORSVILLE, MS 39168

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

COMENITY CAPITAL BANK
PO BOX 182125
COLUMBUS, OH 43218

CREDIT ACCEPTANCE
ATTN: BANKRUPTCY
25505 W 12 MILE RD
ST 3000
SOUTHFIELD, MI 48034

CWS/CW NEXUS
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE, NY 11804

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130

FLAGSHIP FIN
PO BOX 3807
COPPELL, TX 75019

GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY
PO BOX 70379
PHILADELPHIA, PA 19176

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

LVNV FUNDING LLC
PO BOX 1269
PO BOX 1269
GREENVILLE, SC 29602

MOHELA
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

PERPAY INC/CELTIC
2400 MARKET ST
PHILADELPHIA, PA 19103

SPRINGLF FIN
PO BOX 1010
EVANSVILLE, IN 47706

SUNBIT, INC
ATTN: BANKRUPTCY
10940 WILSHIRE BLVD
LOS ANGELES, CA 90024

TILT
ATTN: BANKRUPTCY
9169 W STATE ST.
GARDEN CITY, ID 83714

WILKINSON LAW FIRM
51 KEYWOOD CIRCLE
FLOWOOD, MS 39232