# Proceeding Minutes / Proceeding Memo

**Case #:** 26-02289 **Case Name:** Jennifer Yevette Johnson

**Set:** 11/17/2026 01:30 pm **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #17) - ORDER WITHDRAWING TO BE SUBMITTED BY DUNCAN

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) Duncan to submit an Order withdrawing the Trustee's Objection [17]. Order due by 12/01/2026. Confirmation hearing removed. (mcc)